■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY M. HILL, Appellant. [624 NYS2d 694] —Judgment unanimously affirmed. Memorandum: County Court's description of the trial as a "search for the truth" is not contained within that part of the charge setting forth the People's burden of proof; the court's instructions concerning the People's burden of proof, as a whole, conveyed the proper standard *(see, People v Simpson,* 178 AD2d 500, *lv denied* 79 NY2d 923; *see also, People v Reed,* 212 AD2d 962 [decided herewith]). The court's charge on identification was proper; the court instructed the jury concerning both the People's burden of proving identification beyond a reasonable doubt, and the general factors relevant to an evaluation of the veracity of the witness and accuracy of his observations *(see, People v Whalen,* 59 NY2d 273, 279; *People v Pena,* 201 AD2d 676, 677, *lv denied* 83 NY2d 1006). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Robbery, 1st Degree.) Present—Green, J. P., Wesley, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALCOLM E. SCOTT, JR., Appellant. [624 NYS2d 1015] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Wesley, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK GIBSON, Appellant. [624 NYS2d 1015] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Grand Larceny, 4th Degree.) Present—Green, J. P., Wesley, Callahan, Doerr and Davis, JJ.